**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Pedro Melendez

    Debtor(s).

13

Bky No. 19-10583-MDC

**CERTIFICATE OF SERVICE**

    I, Erik B. Jensen, Attorney for Debtor, hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the Application of Debtor's Counsel for Compensation and Reimbursement electronically and/or first class mail and/or facsimile on April 11, 2019.

Pedro Melendez
2061 E. Auburn Street
Philadelphia, PA 19134

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Dated:  April 11, 2019

/s/Erik B. Jensen
Erik B. Jensen
Jensen Bagnato, P.C.
1500 Walnut Street
Suite 1920
Philadelphia, PA 19102

Telephone: (215) 546-4700
Attorney(s) for Debtor(s)