**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Pedro Melendez

           Debtor(s).

13

Bky No. 19-10583-MDC

**ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C.**,** counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $4,000.00 less $635.00 already paid with a remaining balance of $3,365.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

**BY THE COURT:**

_____
Hon. Magdeline D. Coleman
**U.S. BANKRUPTCY JUDGE**

CC:    **Jensen Bagnato, P.C.**
**ERIK B. JENSEN, ESQUIRE**
**1500 Walnut Street**
**Suite 1920**
**Philadelphia, PA   19102**

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106